UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.   0:26-cv-60490-AHS

ENEIDA VIERA,

    Plaintiff,

v.

APOTEX CORP.,

    Defendant.

_____/

**SUMMONS IN A CIVIL ACTION**

To:  Defendant:           Apotex Corp.
     Registered Agent:   United Corporate Services, Inc
                               3458 Lake Shore Drive
                               Tallahassee, Florida 32312

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Dillon S. Cuthbertson, Esq.
Koz Law, P.A.
800 East Cypress Creek Road, Suite 421
Fort Lauderdale, Florida 33334

Tel:   (786) 924-9929
Fax:   (786) 358-6071
Email: dc@kozlawfirm.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date:  Feb 23, 2026



Angela E. Noble
Clerk of Court

**SUMMONS**

*s/ W. Cendejas*
Deputy Clerk
U.S. District Courts